411th

# CIVIL DOCKET

CIV22-0366

CASE NO. _____

S/M Inc., Dallas 1-800-648-7022

| NUMBER OF CASE | STYLE OF CASE | ATTORNEYS | KIND OF ACTION | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Month | Day | Year |
| CIV22-0366 | BERKLEY  JACKSON | KIERNAN MCALPINE | PLAINTIFF'S ORIGINAL | 06 | 21 | 2022 |
| | Vs.            VS. | Plaintiff. | PETITION | | | |

FEE BOOK

| Vol. | Page |
|---|---|

TRUE TRANSPORTATION, INC. , et al          Defendant.

Jury Demanded by

Jury Fee, $

Paid by

| DATE OF ORDERS | | | ORDERS OF COURT | Minute Book | | PROCESS |
|---|---|---|---|---|---|---|
| Mo. | Day | Year | | Vol. | Page | |

State of Texas §
County of Polk §
I, BOBBYE J. CHRISTOPHER, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerk's Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE Aug 22  20 22

BOBBYE J. CHRISTOPHER, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk.

Filed 6/10/2022 4:32 PM
Bobbye Christophe
District Cler
Polk County, Texa

Bobbye Christopher, Deput

CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | POLK COUNTY, TEXAS |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Berkley Jackson (hereinafter, "Plaintiff") complains of Defendant Patrick Allen Mccormick (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and occurred in Polk County, Texas.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

### Parties

4. Plaintiff Berkley Jackson is an individual residing in Fort Bend County, Texas.

5.      Defendant, True Grit Transportation Inc. (Hereinafter, "Defendant True Grit") is a

Domestic For-Profit Corporation doing business in Polk County, Texas.  Defendant True Grit may

be served with process through its registered agent, Registered Joshua Adam Christian at 2724

East Renfro Street, Burleson Texas 76028, or wherever found.

6.      Defendant Patrick Allen Mccormick is an individual residing in Rogers County, Texas.

Defendant may be served at his residence at 29516 S 4230 Rd, Inola, OK, 74036, or at 443954 E

340 Rd Vinita, OK 74301 or wherever he may be found.

**Facts**

7.      This lawsuit is necessary as a result of the personal injuries that Plaintiff suffered on or

about April 30, 2022.  At that time, Plaintiff was traveling by car North bound on US 59 in Polk

County, Texas. Defendant was also traveling North bound on US 59 in the left lane in Polk

County, Texas directly behind Plaintiff's vehicle. Defendant failed to control his vehicles speed

and maintain a single lane, subsequently crossing into Plaintiff's lane and colliding with the left

side of Plaintiff's vehicle. As a result of Defendant's negligence and/or negligence *per se*,

Plaintiff suffered serious and permanent injuries.

8.      Defendants' aforementioned conduct constitutes negligence and/or negligence *per se* for

one or more of the following reasons:

> a)      Failing to control the vehicle's speed;
>
> b)      Failed to timely apply his brakes
>
> c)      Failed to yield right-of-way;
>
> d)      Failing to operate the vehicle safely;
>
> e)      Failing to turn the vehicle in an effort to avoid a collision;
>
> f)      Failing to maintain a proper lookout in order to avoid a collision;

2

      g)      Failing to maintain a safe distance;

      h)      Failing to make a proper lane change;

      i)      Violating applicable, local, state, and federal laws and/or regulations; and

      j)      Other acts so deemed negligent.

9.      Defendant Patrick was driving a vehicle owned by Defendant True Grit. At all times material hereto, Defendant Patrick, was operating the vehicle in the course and scope of his employment with Defendant True Grit. As such, Defendant True Grit, is vicariously liable for Defendant Patrick's negligent acts and omissions under the doctrine of *respondent superior*. Plaintiff further plead Defendant True Grit was negligent and/or negligent *per se* for one or more of the following reasons:

      a.      Negligently entrusted a motor vehicle to an incompetent driver;

      b.      Negligently hired and/or retained employees;

      c.      Negligently trained and/or supervised employees;

      d.      Failed to maintain the vehicle in a reasonably safe condition;

      e.      Violated applicable, local, state and federal laws and/or regulations;

      f.      Other acts so deemed negligent.

10.      As a result of these acts or omissions, Plaintiff claims all damages recognizable by law.

## Damages

11.      By virtue of the actions and conduct of the Defendants set forth above, Plaintiff is seriously injured and is entitled to recover the following damages:

      a.  Past and future medical expenses;

      b.  Past and future pain, suffering and mental anguish;

      c.  Past and future physical impairment;

      d.  Past and future physical disfigurement;

      e.  Past lost wages and future loss of earning capacity.

12.    By reason of the above, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

**Duty to Disclose**

13.    Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

**Initial Disclosures**

14.    Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

**Rule 193.7 Notice**

15.    Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

**Prayer**

    Plaintiff prays that these citations issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may be justly entitled.

4

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/Kiernan McAlpine*
**Kiernan McAlpine**
Texas State Bar No. 24058519
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Argueta on behalf of Kiernan McAlpine
Bar No. 24058519
kargueta@daspitlaw.com
Envelope ID: 65503917
Status as of 6/17/2022 4:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jaime Holder | | jholder@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| DLF Intake | | intake@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| John Daspit | | e-service@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |

CITATION - Personal Service - TRC 99

THE STATE OF TEXAS                                                        COUNTY OF POLK

### CAUSE NO. CIV22-0366

**TO: PATRICK ALLEN MCCORMICK, 29516 S. 4230 Rd., Inola, OK 74036, OR 443954 E 340 Rd, Vinita, OK, 74301, OR WHEREVER HE MAY BE FOUND**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. On the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| Court: | 411th District Court |
|---|---|
| Cause No.. | CIV22-0366 |
| Date of Filing: | 06/10/2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Berkley Jackson ; True Grit Transportation, Inc ; Patrick Allen Mccormick |
| Clerk: | Bobbye Christopher, District Clerk<br>101 W. Mill St., Suite 216, Livingston TX 77351 |
| Party or<br>Party's Attorney: | Kiernan Mcalpine<br>Daspit Law Firm<br>440 Louisiana<br>Suite 1400<br>Houston Tx 77002<br>713-223-4878  SBN: 24058519 |

Issued under my hand and seal of this said court on this the 21st day of June, 2022

Bobbye Christopher, District Clerk
Livingston, Polk County, Texas

BY: _Angela Ainsworth_ , Deputy
Angela Ainsworth

---

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ M., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ _____ in person a true copy of this citation, with attached copy(ies) of the _____

[ ] Not executed. The diligence use in finding defendant being _____
[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: S | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury. I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit and have been authorized by the Polk County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

6-21-22 77A      6-30-22
77A

**CITATION - Personal Service TRC 99**

8459-2

**THE STATE OF TEXAS**                 **CAUSE NO. CIV22-0366**                 **COUNTY OF POLK**

TO: **TRUE GRIT TRANSPORTATION, INC., MAY BE SERVED WITH PROCESS THROUGH ITS REGISTERD AGENT JOSHUA ADAM CHRISTIAN, 2724 EAST RENFRO STREET, BURLESON TEXAS 76028, OR WHEREVER HE MAY BE FOUND.**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. On the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

| Court: | 411th District Court |
|---|---|
| Cause No.: | CIV22-0366 |
| Date of Filing: | 06/10/2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Berkley Jackson ; True Grit Transportation, Inc.; Patrick Allen Mccormick |
| Clerk: | Bobbye Christopher, District Clerk<br>101 W. Mill St., Suite 216, Livingston TX 77351 |
| Party or Party's Attorney: | Kiernan Mcalpine<br>Daspit Law Firm<br>440 Louisiana<br>Suite 1400<br>Houston Tx 77002<br>713-223-4878 SBN: 24058519 |

Issued under my hand and seal of this said court on this the 21st day of June, 2022

Bobbye Christopher, District Clerk
Livingston, Polk County, Texas
BY: _Angela Ainsworth_ , Deputy
Angela Ainsworth

**Service Return**

Came to hand on the _____ day of _____, 20___, at _____M., and executed on the _____ day of _____, 20___, at _____M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____

[ ] Not executed. The diligence use in finding defendant being _____
[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. _____ | | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit and have been authorized by the Polk County Courts to serve process.

Subscribed and sworn to before me on this the_____ day of _____, 20___

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

## AFFIDAVIT OF SERVICE

State of Texas             County of POLK             411th District Court

Case Number: CIV22-0366

Plaintiff:
**BERKLEY JACKSON**

vs.

Defendant:
PATRICK ALLEN MCCORMICK , TRUE GRIT TRANSPORTATION, INC.

For:
PROACTIVE LEGAL SOLUTIONS
440 BENMAR DRIVE #1200
HOUSTON, TX 77060

Received by MARGIE L DUNCKEL on the 22nd day of June, 2022 at 1:51 pm to be served on **BY SERVING THE CORPORATE SECRETARY RENEE KALE, 2724 EAST RENFRO STREET, BURLESON, JOHNSON County, TX 76028.**

I, MARGIE L DUNCKEL, being duly sworn, depose and say that on the **30th day of June, 2022 at 3:50 pm,** I:

**INDIVIDUALLY/PERSONALLY**   delivered a true copy of the **CITATION WITH PLAINTIFF'S ORIGINAL PETITION** with the date of service endorsed thereon by me, to: **BY SERVING THE CORPORATE SECRETARY RENEE KALE** at the address of: **2724 EAST RENFRO STREET, BURLESON, JOHNSON County, TX 76028**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of Texas
County of _Johnson_

Subscribed and Sworn to before me on the 30th day
of June, 2022 by the affiant who is personally known
to me.

NOTARY PUBLIC

Miracle Dunckel
My Commission Expires
11/06/2024
ID No. 132769315

**MARGIE L DUNCKEL**
PSC#10126 EXP 1/31/2023

**PROACTIVE LEGAL SOLUTIONS
440 BENMAR DRIVE #1200
HOUSTON, TX 77060
(832) 209-7760**

Our Job Serial Number: TIN-2022000429

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Copy from re:SearchTX

Filed 7/6/2022 7:36 PM
Bobbye Christopher
District Clerk
Polk County, Texas

Gina Moore, Deputy

**CAUSE NO. CIV22-0366**

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **411ᵀᴴ JUDICIAL DISTRICT** |

**PLAINTIFF'S FIRST AMENDED PETITION**

Plaintiff Berkley Jackson (hereinafter, "Plaintiff") complains of Defendant Patrick Allen Mccormick (hereinafter, "Defendant"), and would respectfully show the Court that:

**Discovery Control Plan**

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

**Jurisdiction and Venue**

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and occurred in Polk County, Texas.

**Statement Regarding Monetary Relief Sought**

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

**Parties**

4. Plaintiff Berkley Jackson is an individual residing in Fort Bend County, Texas.

5.      Defendant, True Grit Transportation Inc. (Hereinafter, "Defendant True Grit") is a Domestic For-Profit Corporation doing business in Polk County, Texas. Defendant True Grit may be served with process by serving any member, agent, or officer at 29516 S 4230 Rd, Inola, Oklahoma 74036.

6.      Defendant Patrick Allen Mccormick is an individual residing in Rogers County, Texas. Defendant may be served at his residence at 29516 S 4230 Rd, Inola, OK, 74036, or at 443954 E 340 Rd Vinita, OK 74301 or wherever he may be found.

7.      Defendant CP and C Services Inc. ("CP and P") is a business entity doing business in Polk County, Texas. Defendant CP and C Services Inc. may be served with process by serving any officer, member, or director at 443954 E 340 Rd, Vinita, OK 74301.

### Facts

8.      This lawsuit is necessary as a result of the personal injuries that Plaintiff suffered on or about April 30, 2022. At that time, Plaintiff was traveling by car North bound on US 59 in Polk County, Texas. Defendant was also traveling North bound on US 59 in the left lane in Polk County, Texas directly behind Plaintiff's vehicle. Defendant failed to control his vehicles speed and maintain a single lane, subsequently crossing into Plaintiff's lane and colliding with the left side of Plaintiff's vehicle. As a result of Defendant's negligence and/or negligence *per se*, Plaintiff suffered serious and permanent injuries.

9.      Defendants' aforementioned conduct constitutes negligence and/or negligence *per se* for one or more of the following reasons:

    a)      Failing to control the vehicle's speed;

    b)      Failed to timely apply his brakes

    c)      Failed to yield right-of-way;

    d)      Failing to operate the vehicle safely;

2

e)      Failing to turn the vehicle in an effort to avoid a collision;

f)      Failing to maintain a proper lookout in order to avoid a collision;

g)      Failing to maintain a safe distance;

h)      Failing to make a proper lane change;

i)      Violating applicable, local, state, and federal laws and/or regulations; and

j)      Other acts so deemed negligent.

10.      Defendant Patrick was driving a vehicle owned by Defendant True Grit. At all times material hereto, Defendant Patrick, was operating the vehicle in the course and scope of his employment with Defendant True Grit. As such, Defendant True Grit, is vicariously liable for Defendant Patrick's negligent acts and omissions under the doctrine of *respondent superior.* Plaintiff further plead Defendant True Grit was negligent and/or negligent *per se* for one or more of the following reasons:

a.      Negligently entrusted a motor vehicle to an incompetent driver;

b.      Negligently hired and/or retained employees;

c.      Negligently trained and/or supervised employees;

d.      Failed to maintain the vehicle in a reasonably safe condition;

e.      Violated applicable, local, state and federal laws and/or regulations;

f.      Other acts so deemed negligent.

11.      As a result of these acts or omissions, Plaintiff claims all damages recognizable by law.

## Damages

12.      By virtue of the actions and conduct of the Defendants set forth above, Plaintiff is seriously injured and is entitled to recover the following damages:

a.   Past and future medical expenses;

3

     b.   Past and future pain, suffering and mental anguish;

     c.   Past and future physical impairment;

     d.   Past and future physical disfigurement;

     e.   Past lost wages and future loss of earning capacity.

13.    By reason of the above, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

### Duty to Disclose

14.    Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

### Initial Disclosures

15.    Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

### Rule 193.7 Notice

16.    Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

### Prayer

Plaintiff prays that these citations issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in

excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/Kiernan McAlpine*
**Kiernan McAlpine**
Texas State Bar No. 24058519
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Zorica Milivojevic on behalf of Kiernan McAlpine
Bar No. 24058519
zorica@daspitlaw.com
Envelope ID: 66168191
Status as of 7/11/2022 10:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |



July 7, 2022

Bobbye Christopher, District Clerk
411th District Court
101 W. Mill St., Suite 216
Livingston, TX 77351
VIA USPS Priority Mail Tracking 9410 8036 9930 0151 2387 98

RE:    Cause No. CIV22-0366

Ms. Christopher,

Please accept this letter as a written answer to the petition filed against True Grit Transportation, Inc. The attorney that filed this case has been notified twice that **True Grit Transportation has been wrongly named** in this lawsuit. I called their office on June 30, 2022 and left a message for someone to call me back. No reply to that call. Also sent an email on June 30, 2022. ALL Case Contacts were included in the email. Again, no reply. After still no response from Kiernan Mcalpine of Daspit Law Firm, another email was sent today at 1:25PM. This email included the information of the parties that were actually involved in the accident on April 30, 2022. I also sent the law firm the Certified Texas Peace Officer's Crash Report (TxDOT Crash ID 18890803.1/ 2022205864). The crash report clearly states that the Carrier was CP&C Services Inc, 443954 E. 340 Rd., Vinita, OK. 74301. SAFER information for USDOT 1620458 is attached.

Also relayed to Daspit Law Firm was that the truck driver named (Patrick Allen McCormick) in the lawsuit and on the crash report does not and has never been a driver for True Grit Transportation, Inc. The law firm was also advised that we do not own, nor do we have a 1997 Kenworth in our fleet. All of our trucks have ELD's with tracking devices. I have checked the locations of every truck for April 30, 2022. We did not have a truck in the area of the accident on April 30, 2022.

The Claim Adjuster with Greatwest Casualty is William Jackson 817-385-2690. The claim number is R77611L. This is the insurance information for CP&C Services. If the plaintiff, Berkley Jackson, would like to hold someone responsible, please have them contact the correct party. True Grit Transportation, Inc is not the correct party. We had absolutely nothing to do with this. Please release True Grit Transportation, Inc from this lawsuit. We would also appreciate something in writing stating that we have been released. I have requested that twice from Daspit Law Firm and again, no response.

Respectfully,

Renee Kale,
Office Manager

True Grit Transportation, Inc.  2724 East Renfro Street, Burleson, TX 76028
Office 682-708-5847   Fax 682-708-5848                      Email: renee@truegritinc.com

CC:      Kiernan Mcalpine
         Daspit Law Firm
         440 Louisiana
         Suite 1400
         Houston, TX 77002
         VIA USPS Priority Mail Tracking 9410 8036 9930 0151 2388 04


Attachments:   Email thread reflecting notifications to Daspit Law Firm
               Certified Texas Peace Officer's Crash Report (TxDOT Crash ID 18890803.1/ 2022205864)
               SAFER Web – Company Snapshop for CP&C Services Inc.
               Copy of Cause No. CIV22-0366

## Renee Kale

| | |
|---|---|
| **From:** | Renee Kale |
| **Sent:** | Wednesday, July 6, 2022 1:25 PM |
| **To:** | e-service@daspitlaw com; kier@daspitlaw.com; jholder@proactivelegal.com; Alira@proactivelegal com; Zorica@daspitlaw.com, intake@daspitlaw.com; daspit@proactivelegal.com |
| **Cc:** | photos@gwccnet.com |
| **Subject:** | Cause No. CIV22-0366 Berkley Jackson v. Patrick Allen Mccormick, True Grit Transportation, Inc. |
| **Attachments:** | Patrick Mccormick Crash Report 4-30-22.pdf |

Kiernan Mcalpine and Associates (Daspit Law Firm).

Below is an email to the actual claim adjuster for the accident that **True Grit Transportation is wrongly named in** The Texas Peace Officer's Crash Report ID# 18890803.1/ 2022205864 is attached. It clearly names
CP and C Services Inc , 443954 E. 340 Rd, Vinita. OK 74301 as the Carrier. Please also be advised that True Grit does not own nor have a 1997 Kenworth in the fleet. Your work has been done for you as far as locating the
Correct party to name in your lawsuit. The email below to William that shows (claim#) R77611L in the subject line is the Claims Adjuster with Greatwest Casualty. This is the company you probably want to contact.

## This is my SECOND REQUEST for written notification that True Grit Transportation, Inc has been removed from the law suit.

Notes. Called the agent on the police report- came up to Goodman Baker Insurance agency 660-747-5156. The policy is for CP&C Services Inc in Vinita OK. The claim has been turned into Greatwest Casualty. Claim adjuster is William Jackson 817-385-2690. Claim is R77611L. email is photos@gwccnet.com .

*Respectfully,*
*Renee Kale*
*True Grit Transportation, Inc.*
*(682) 708 5847*



**From:** Lisa Ramos <lr@mcanallywilkins.com>
**Sent:** Wednesday, July 6, 2022 12:19 PM
**To:** photos@gwccnet.com
**Cc:** Renee Kale <renee@truegritinc.com>
**Subject:** R77611L

William
I was able to track down your information from the police report by going to the Goodman Baker Insurance Agency. Sarah gave me the claim information.

As you can see, my customer, True Grit, has been wrongly named in this lawsuit and Renee Kale is attempting to get the plaintiff's to remove True Grit from this action without having to file this with their insurance.

Can you please contact the plaintiff's attorney and let them know you have this claim and True Grit is not the correct motor carrier and it is CP&C Services Inc?

Regards,

*Lisa Ramos*
Client Service Manager
McAnally Wilkins, Inc.
PO Box 60810
Midland, TX 79711
Phone 432-685-9365
MW Claims -432-685-9397
Cell 817-909-0036 primary
Email: lr@mcanallywilkins.com
Fax- 855-928-0909



Coverage is not considered bound or altered unless confirmed in writing. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient, you should not disseminate, distribute or copy this e-mail or act in reliance thereupon, and any such action is strictly prohibited.

**From:** Renee Kale <renee@truegritinc.com>
**Sent:** Thursday, June 30, 2022 5:24 PM
**To:** e-service@daspitlaw.com; kier@daspitlaw.com; jholder@proactivelegal.com; Alira@proactivelegal.com; Zorica@daspitlaw.com; intake@daspitlaw.com; daspit@proactivelegal.com
**Cc:** 258court@co.polk.tx.us
**Subject:** Cause No. CIV22-0366 Berkley Jackson v. Patrick Allen Mccormick, True Grit Transportation, Inc.

This correspondence is notify you that the True Grit Transportation. Inc named in this law suit is not the correct True Grit  We do not, nor have we ever had a driver named Patrick Allen Mccormick.
We did not have a truck traveling North bound on US59 in Polk County, TX on April 30, 2022  We did not have trucks in that area  I confirmed this by checking the tracker on each truck.

I called your office today at 3:50pm and left a message advising of this mistake and asked that someone call me back  No one has returned my call

Your office was notified by the Process Server that you have named the wrong True Grit in this law suit. You were advised that there are other True Grit (trucking companies) in TX and that we do not and have Never had a driver by the name of Patrick Allen Mccormick

Please remove our company from this law suit and please notify me in writing that this has been corrected.

I have also copied the Polk County. TX Court Coordinator on this email.

*Respectfully,*

*Renee Kale*
*True Grit Transportation, Inc.*
*(682) 708 5847*



★ ®

**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Wed, 06 July 2022

STATE OF TEXAS          §

This is to certify that I, George Villarreal, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Sat, 30 April 2022, which occurred in Polk County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

*George Villarreal D.F.*

George Villarreal
Deputy Director
Traffic Safety Division
125 East 11th Street
Austin, Texas 78701



Law Enforcement and TxDOT Use ONLY

☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | | 3 | Total Num Prsns | | 2 | TxDOT Crash ID | 18890803.1 /2022205864 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex : additional vehicles, occupants, injured, etc )

Page 1 of 4

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 0 4 / 3 0 / 2 0 2 2   *Crash Time (24HR MM) 1 6 4 7   Case ID   Local Use

*County Name POLK   *City Name   ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees) 3 0 ° 8 3 3 6 0   Longitude — (decimal degrees) 0 9 4 ° 8 6 3 3 6

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy Sys. US   *Hwy. Num. 59   2 Rdwy Part 1   Block Num.   3 Street Prefix   *Street Name   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit 60   Const Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At ☐ Yes ☒ No Int.   1 Rdwy Sys CR   Hwy Num   2. Rdwy. Part 1   Block Num   3 Street Prefix   Street Name BIG MAN   4 Street Suffix RD

Distance from Int or Ref Marker 180   ☒ Ft ☐ Mi   3 Dir. from Int or Ref. Marker N   Reference Marker   Street Desc.   RRX Num

| Unit Num 1 | 5 Unit Desc 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num 3BY852 | VIN 1 X K W D B 9 X 3 V J 7 4 5 5 2 1 |
| Veh. Year 1 9 9 7 | 6 Veh. Color BLK | Veh. Make KENWORTH | Veh. Model UNKNOWN | 7 Body Style TT | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
| 8 DL/ID Type | DL/ID State OK | DL/ID Num G004640536 | -9 DL Class 98 | 10 CDL End 96 | 11 DL Rest 98 | DOB (MM/DD/YYYY) 0 3 / 2 4 / 1 9 7 1 |

Address (Street, City, State, ZIP) 29516 S 4230 RD INOLA, OK 74036

## VEHICLE, DRIVER, & PERSONS

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MCCORMICK, PATRICK ALLEN | N | 51 | W | 1 | 1 | 1 | 97 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address MCCORMICK, PATRICK ALLEN, 44395# E 340 RD VINITA, OK 74301

Proof of ☒ Yes ☐ No Fin Resp   ☐ Expired ☐ Exempt   26 Fin. Resp Type 2   Fin. Resp Name ACORD   Fin. Resp Num WN292402

Fin. Resp. Phone Num 660-747-5156   27 Vehicle Damage Rating 1 1 - R D - 1   27 Vehicle Damage Rating 2 - -   Vehicle Inventoried ☐ Yes ☒ No

Towed By   Towed To

| Unit Num 2 | 5 Unit Desc 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State OK | LP Num 434559 | VIN 1 G R D M 0 6 2 6 W M 0 2 4 1 1 0 1 |
| Veh. Year 1 9 9 8 | 6. Veh. Color BLK | Veh. Make GREAT DANE TRAILERS | Veh. Model NOT APPLICABLE | 7 Body Style TL | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End | 11 DL Rest | DOB (MM/DD/YYYY) / / |

Address (Street, City, State, ZIP)

## VEHICLE, DRIVER, & PERSONS

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address TRUE GRIT TRUCKING, 29516 S 4230 RD INOLA, OK 74036

Proof of ☒ Yes ☐ No Fin. Resp   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 2   Fin. Resp Name ACORD   Fin. Resp Num WN292402

Fin. Resp Phone Num. 660-747-5156   27 Vehicle Damage Rating 1 - -   27 Vehicle Damage Rating 2 - -   Vehicle Inventoried ☐ Yes ☒ No

Towed By   Towed To

Law Enforcement and TxDOT Use ONLY
Form CR-3 (Rev 1/1/2018)

| | Case ID | | TxDOT Crash ID | 18890803.1/2022205864 | Page 2 of 4 |
|---|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num | Prsn Num | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num | Prsn Num | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO CONTROL SPEED | TX6AOK9TMAM7 |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num | 1 | ☒ 10,001 + lBS | TRANSPORTING ☐ HAZARDOUS MATERIAL | ☐ 9 CAPACITY | CMV Disabling Damage? ☐ Yes ☒ No | 28 Veh Oper 2 | 29 Carrier ID Type 1 | Carrier ID Num 01620458 | 30 Veh Type 9 |
|---|---|---|---|---|---|---|---|---|---|

Carrier's Corp Name CP AND C SERVICES INC

Carrier's Primary Addr 443954 E 340 RD VINITA, OK 74301

| 31 Bus Type 0 | ☒ RGVW ☐ GVWR | 8 0 0 0 0 | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num | HazMat ID Num | | 32 HazMat Class Num | HazMat ID Num | | 33 Cargo Body Type 5 |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit Num 2 | ☒ RGVW ☐ GVWR | 0 | 34 Trlr Type 2 | CMV Disabling Damage? ☐ Yes ☒ No | Unit Num | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq 1 10 | 35 Seq 2 13 | 35 Seq 3 | 35 Seq 4 | Intermodal Shipping Container Permit ☐ Yes ☒ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib | Contributing | May Have Contrib | | 38 Weather Cond | 39 Light Cond | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 22 | | | | | 1 | 1 | 97 | 2 | 1 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets If Necessary)

Unit 1, towing Unit 2 was traveling N on US 59 in the left lane.
Unit 3 was traveling N on US 59 in front of Unit 1. Unit 3 was
slowing to enter into the turning lane approaching a cross over.
The driver of Unit 1 stated that Unit 3 suddenly slowed down to
get into the turning lane. Unit 1 failed to control its speed.
Unit 1 entered into the turning lane to avoid collision as Unit
3 attempted to move into the turning lane. Unit 1 and Unit 3
made contact in the turning lane causing RD damage to Unit 1 and
LD damage to Unit 3. All Units stopped in the turning lane.

Field Diagram - Not to Scale



Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HR MM) | 1 6 4 7 | How Notified POLK COUNTY DISPATCH | Time Arrived (24HR MM) 1 6 5 3 | Report Date (MM/DD/YYYY) 0 5 / 0 5 / 2 0 2 2 | |
|---|---|---|---|---|---|
| Invest Comp ☒ Yes ☐ No | Investigator Name (Printed) WILKERSON, JOHNNY | | | ID Num 14686 | |
| ORI Num. | | Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | | Service/ Region/DA H P 2 B 0 4 | |

Law Enforcement and TxDOT USE ONLY

☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num Units | 3 | Total Num Pions | 2 | TxDOT Crash ID | 18890803.1 /2022205864 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 3 of 4

**IDENTIFICATION & LOCATION**

*Crash Date (MM/DD/YYYY): 04/30/2022  *Crash Time (24HRMM): 1647  Case ID:  Local Use:

*County Name: POLK  *City Name:  ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees): 30°18'33.60"  Longitude (decimal degrees): 094°86'33.36"

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy Sys: US  *Hwy Num: 59  2 Rdwy Part: 1  Block Num:  3 Street Prefix:  *Street Name:  4 Street Suffix:

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit: 60  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int ☐ Yes ☒ No  1 Rdwy Sys: CR  Hwy Num:  2 Rdwy Part: 1  Block Num:  3 Street Prefix:  Street Name: BIG MAN  4 Street Suffix: RD

Distance from Int or Ref Marker: 180  ☒ Ft ☐ Mi  3 Dir from Int or Ref Marker: N  Reference Marker:  Street Desc:  RRX Num:

Unit Num: 3  5 Unit Desc: 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State: TX  LP Num: HJR9470  VIN: SAJWA05B89HR7905

Veh Year: 2009  6 Veh Color: BLK  Veh Make: JAGUAR  Veh Model: XF  7 Body Style: P4  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1  DL/ID State: TX  DL/ID Num: 01052167  9 DL Class: C  10 CDL End: 96  11 DL Rest: A  DOB (MM/DD/YYYY): 07/21/1972

Address (Street, City, State, ZIP): 1714 SAN JACINTO AVE RICHMOND, TX 77469

| Person Num | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | 23 Alc Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | JACKSON, BERKLEY CLAUDE | N | 49 | B | 1 | 1 | 1 | 1 | 97 | N | | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit

☒ Owner ☐ Lessee  Owner/Lessee Name & Address: DARRELL, DARRELL, 1714 FAIR ST LUFKIN, TX 75904

Proof of Fin Resp ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin Resp Type: 2  Fin Resp Name: SAFE AUTO  Fin Resp Num: TX003211529

Fin. Resp. Phone Num: 800-723-3288  27 Vehicle Damage Rating 1: 11  LD3  27 Vehicle Damage Rating 2:  Vehicle Inventoried ☐ Yes ☒ No

Towed By: CLIFTON WRECKER  Towed To: 1181 W 2ND ST CORRIGAN, TX 75939

Unit Num:  5 Unit Desc:  ☐ Parked Vehicle  ☐ Hit and Run  LP State:  LP Num:  VIN:

Veh Year:  6 Veh Color:  Veh Make:  Veh Model:  7 Body Style:  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:  DL/ID State:  DL/ID Num:  9 DL Class:  10 CDL End:  11 DL Rest:  DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit

☐ Owner ☐ Lessee  Owner/Lessee Name & Address: Copy from Custodial File

Proof of Fin Resp ☐ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin Resp Type:  Fin Resp Name:  Fin Resp Num:

Fin. Resp. Phone Num:  27 Vehicle Damage Rating 1:  27 Vehicle Damage Rating 2:  Vehicle Inventoried ☐ Yes ☐ No

Towed By:  Towed To:

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2010)

Case ID

TxDOT Crash ID 18890803.1/2022205864

## DISPOSITION OF INJURED/KILLED

| Unit Num | Prsn. Num | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num | Prsn Num | Charge | Citation/Reference Num |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num ☐ 10,001+ LBS ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9. CAPACITY   CMV Disabling Damage? ☐ Yes ☐ No   28 Veh Oper   29 Carrier ID Type   Carrier ID Num

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No   32 HazMat Class Num   HazMat ID Num   32 HazMat Class Num   HazMat ID Num   33 Cargo Body Type

Unit Num ☐ RGVW ☐ GVWR   34 Trlr Type   CMV Disabling Damage? ☐ Yes ☐ No   Unit Num. ☐ RGVW ☐ GVWR   34 Trlr. Type   CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events   35 Seq 1   35 Seq. 2   35 Seq 3   35 Seq 4   Intermodal Shipping Container Permit ☐ Yes ☐ No   Actual Gross Weight   Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib | | Contributing | | May Have Contrib | 38 Weather Cond | 39 Light Cond | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR MM) 1 6 4 7   How Notified POLK COUNTY DISPATCH   Time Arrived (24HRMM) 1 6 5 3   Report Date (MM/DD/YYYY): 0 5 / 0 5 / 2 0 2 2

Invest Comp ☒ Yes ☐ No   Investigator Name (Printed) WILKERSON, JOHNNY   ID Num 14686

ORI Num   *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS   Service/ Region/DA H P 2 B 0 4

7/6/22, 6:13 PM                              SAFER Web - Company Snapshot C P & C SERVICES INC

○ USDOT Number  ○ VC/MX Number  ○ Name

Enter Value: | 1620458 |

[ Search ]

*Company Snapshot*

**C P & C SERVICES INC**
USDOT Number. 1620458

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Other Information for this Carrier**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

● SMS Results
● Licensing & Insurance

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**

The information below reflects the content of the FMCSA management information systems as of 07/05/2022.

To find out if this entity has a pending insurance cancellation, please click here.

| | |
|---|---|
| **Entity Type:** | CARRIER |
| **Operating Status:** | AUTHORIZED FOR Property | **Out of Service Date** | None |
| **Legal Name:** | C P & C SERVICES INC |
| **DBA Name** | |
| **Physical Address:** | 441954 E 340 RD VINITA, OK 74301 |
| **Phone:** | (918) 497-6606 |
| **Mailing Address:** | 443954 E 340 RD VINITA, OK 74301 |
| **USDOT Number:** | 1620458 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-698562 | **DUNS Number:** | - |
| **Power Units:** | 6 | **Drivers:** | 10 |
| **MCS-150 Form Date:** | 01/12/2022 | **MCS-150 Mileage (Year):** | 796,405 (2021) |

**Operation Classification:**

| | | | |
|---|---|---|---|
| | x Auth. For Hire | Fre Pass (Non-business) | State Gov't |
| | Exempt For Hire | Migrant | Loca Gov't |
| | Private(Property) | US Mail | Indian Nation |
| | Priv. Pass. (Business) | Fed Gov't | |

**Carrier Operation**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont | Commodities Dry Bulk |
| x Metal sheets, coils rolls | Passengers | Refrigerated Food |
| Motor Vehicles | x Oilfield Equipment | Beverages |
| x Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | x Construction |
| x Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

US Inspection results for 24 months prior to: 07/05/2022

Total Inspections. 27
Total IEP Inspections. 0
Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information

Inspections

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 21 | 27 | 0 | 0 |
| Out of Service | 2 | 0 | 0 | 0 |
| Out of Service % | 9.5% | 0% | % | 0% |

7/6/22, 6 13 PM

SAFER Web - Company Snapshot C P & C SERVICES INC

| Nat. Average * as of DATE 08/24/2022* | 21 48% | 6 11% | 4 65% | N/A |
|---|---|---|---|---|

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot

Crashes reported to FMCSA by states for 24 months prior to: 07/05/2022

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility

| Crashes | | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 2 | 2 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

Canadian Inspection results for 24 months prior to  07/05/2022

Total inspections  0

Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections help for further information

| Inspections | | |
|---|---|---|
| Inspection Type | Vehicle | Driver |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

Crashes results for 24 months prior to: 07/05/2022

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility

| Crashes | | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Canada safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce*

Carrier Safety Rating.

The rating below is current as of  07/05/2022

Review Information:

| Rating Date | 08 02 2018 | Review Date | 07/17/2017 |
|---|---|---|---|
| Rating | Satisfactory | Type | Compliance Review |



SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Offices | Contacts

6-27-22 MJB     6-30-22
MJB

CITATION - Personal Service TRC 99

8459-2

THE STATE OF TEXAS                                    COUNTY OF POLK
CAUSE NO. CIV22-0366

TO: TRUE GRIT TRANSPORTATION, INC., MAY BE SERVED WITH PROCESS THROUGH ITS
REGISTERD AGENT JOSHUA ADAM CHRISTIAN, 2724 EAST RENFRO STREET, BURLESON TEXAS
76028, OR WHEREVER HE MAY BE FOUND.
Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written
answer with the clerk who issued this citation by 10:00 A.M. On the first Monday following the expiration of twenty days
after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures
generally must be made no later than 30 days after you file your answer with the clerk. Find out more at
TexasLawHelp.org.

| Court: | 411th District Court |
|---|---|
| Cause No.: | CIV22-0366 |
| Date of Filing: | 06/10/2022 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Berkley Jackson ; True Grit Transportation, Inc.; Patrick Allen Mccormick |
| Clerk: | Bobbye Christopher, District Clerk 101 W. Mill St., Suite 216, Livingston TX 77351 |
| Party or Party's Attorney: | Kiernan Mcalpine Daspit Law Firm 440 Louisiana Suite 1400 Houston Tx 77002 713-223-4878 SBN: 24058519 |

Issued under my hand and seal of this said court on this the 21st day of June, 2022

Bobbye Christopher, District Clerk
Livingston, Polk County, Texas
BY: _Angela Ainsworth_____, Deputy
Angela Ainsworth

**Service Return**

Came to hand on the ____day of _____, 20___, at ____M., and executed on the ____day
of _____, 20___, at ____M by delivering to the within named _____
in person a true copy of this citation, with attached copy(ies) of the _____

[ ] Not executed. The diligence use in finding defendant being _____
[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ | | Sheriff/Constable |
|---|---|---|
| | | County, Texas |
| Service ID No. | | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person
whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing
instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen
years and I am not a party to or interested in the outcome of this suit and have been authorized by the Polk County Courts to serve
process.
Subscribed and sworn to before me on this the____ day of _____, 20___

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

Filed 6/10/2022 4:32 PM
Bobbye Christophe
District Cler
Polk County, Texa
Bobbye Christopher, Depu

**CAUSE NO.** CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **_____ JUDICIAL DISTRICT** |

### PLAINTIFF'S ORIGINAL PETITION

Plaintiff Berkley Jackson (hereinafter, "Plaintiff") complains of Defendant Patrick Allen Mccormick (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and occurred in Polk County, Texas.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

### Parties

4. Plaintiff Berkley Jackson is an individual residing in Fort Bend County, Texas.

5.      Defendant, True Grit Transportation Inc. (Hereinafter, "Defendant True Grit") is a

Domestic For-Profit Corporation doing business in Polk County, Texas. Defendant True Grit may

be served with process through its registered agent, Registered Joshua Adam Christian at 2724

East Renfro Street, Burleson Texas 76028, or wherever found.

6.      Defendant Patrick Allen Mccormick is an individual residing in Rogers County, Texas.

Defendant may be served at his residence at 29516 S 4230 Rd, Inola, OK, 74036, or at 443954 E

340 Rd Vinita, OK 74301 or wherever he may be found.

### Facts

7.      This lawsuit is necessary as a result of the personal injuries that Plaintiff suffered on or

about April 30, 2022. At that time, Plaintiff was traveling by car North bound on US 59 in Polk

County, Texas. Defendant was also traveling North bound on US 59 in the left lane in Polk

County, Texas directly behind Plaintiff's vehicle. Defendant failed to control his vehicles speed

and maintain a single lane, subsequently crossing into Plaintiff's lane and colliding with the left

side of Plaintiff's vehicle. As a result of Defendant's negligence and/or negligence *per se*,

Plaintiff suffered serious and permanent injuries.

8.      Defendants' aforementioned conduct constitutes negligence and/or negligence *per se* for

one or more of the following reasons:

    a)      Failing to control the vehicle's speed;

    b)      Failed to timely apply his brakes

    c)      Failed to yield right-of-way;

    d)      Failing to operate the vehicle safely;

    e)      Failing to turn the vehicle in an effort to avoid a collision;

    f)      Failing to maintain a proper lookout in order to avoid a collision;

2

g)     Failing to maintain a safe distance;

h)     Failing to make a proper lane change;

i)     Violating applicable, local, state, and federal laws and/or regulations; and

j)     Other acts so deemed negligent.

9.     Defendant Patrick was driving a vehicle owned by Defendant True Grit. At all times material hereto, Defendant Patrick, was operating the vehicle in the course and scope of his employment with Defendant True Grit. As such, Defendant True Grit, is vicariously liable for Defendant Patrick's negligent acts and omissions under the doctrine of *respondent superior*. Plaintiff further plead Defendant True Grit was negligent and/or negligent *per se* for one or more of the following reasons:

a.     Negligently entrusted a motor vehicle to an incompetent driver;

b.     Negligently hired and/or retained employees;

c.     Negligently trained and/or supervised employees;

d.     Failed to maintain the vehicle in a reasonably safe condition;

e.     Violated applicable, local, state and federal laws and/or regulations;

f.     Other acts so deemed negligent.

10.    As a result of these acts or omissions, Plaintiff claims all damages recognizable by law.

**Damages**

11.    By virtue of the actions and conduct of the Defendants set forth above, Plaintiff is seriously injured and is entitled to recover the following damages:

a.  Past and future medical expenses;

b.  Past and future pain, suffering and mental anguish;

c.  Past and future physical impairment;

d.  Past and future physical disfigurement;

3

e.  Past lost wages and future loss of earning capacity.

12.  By reason of the above, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

## Duty to Disclose

13.  Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

## Initial Disclosures

14.  Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

## Rule 193.7 Notice

15.  Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## Prayer

Plaintiff prays that these citations issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may be justly entitled.

4

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/Kiernan McAlpine*
**Kiernan McAlpine**
Texas State Bar No. 24058519
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Kimberly Argueta on behalf of Kiernan McAlpine
Bar No. 24058519
kargueta@daspitlaw.com
Envelope ID: 65503917
Status as of 6/17/2022 4:34 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jaime Holder | | jholder@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| DLF Intake | | intake@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 6/16/2022 11:09:07 AM | SENT |
| John Daspit | | e-service@daspitlaw.com | 6/16/2022 11:09:07 AM | SENT |

Filed 7/6/2022 7:36 PM
Bobbye Christopher
District Clerk
Polk County, Texas

Gina Moore, Deputy

## CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **411ᵀᴴ JUDICIAL DISTRICT** |

### PLAINTIFF'S FIRST AMENDED PETITION

Plaintiff Berkley Jackson (hereinafter, "Plaintiff") complains of Defendant Patrick Allen Mccormick (hereinafter, "Defendant"), and would respectfully show the Court that:

### Discovery Control Plan

1. ~~Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas~~ Rules of Civil Procedure.

### Jurisdiction and Venue

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and occurred in Polk County, Texas.

### Statement Regarding Monetary Relief Sought

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

### Parties

4. Plaintiff Berkley Jackson is an individual residing in Fort Bend County, Texas.

5.      Defendant, True Grit Transportation Inc. (Hereinafter, "Defendant True Grit") is a

Domestic For-Profit Corporation doing business in Polk County, Texas. Defendant True Grit may

be served with process by serving any member, agent, or officer at 29516 S 4230 Rd, Inola,

Oklahoma 74036.

6.      Defendant Patrick Allen Mccormick is an individual residing in Rogers County,

Texas. Defendant may be served at his residence at 29516 S 4230 Rd, Inola, OK, 74036, or at

443954 E 340 Rd Vinita, OK 74301 or wherever he may be found.

7.      Defendant CP and C Services Inc. ("CP and P") is a business entity doing business

in Polk County, Texas. Defendant CP and C Services Inc. may be served with process by serving

any officer, member, or director at 443954 E 340 Rd, Vinita, OK 74301.

## Facts

8.      This lawsuit is necessary as a result of the personal injuries that Plaintiff suffered

on or about April 30, 2022. At that time, Plaintiff was traveling by car North bound on US 59 in

Polk County, Texas. Defendant was also traveling North bound on US 59 in the left lane in Polk

County, Texas directly behind Plaintiff's vehicle. Defendant failed to control his vehicles speed

and maintain a single lane, subsequently crossing into Plaintiff's lane and colliding with the left

side of Plaintiff's vehicle. As a result of Defendant's negligence and/or negligence *per se*, Plaintiff

suffered serious and permanent injuries.

9.      Defendants' aforementioned conduct constitutes negligence and/or negligence *per

se* for one or more of the following reasons:

a)      Failing to control the vehicle's speed;

b)      Failed to timely apply his brakes

c)      Failed to yield right-of-way;

d)      Failing to operate the vehicle safely;

2

e)      Failing to turn the vehicle in an effort to avoid a collision;

f)      Failing to maintain a proper lookout in order to avoid a collision;

g)      Failing to maintain a safe distance;

h)      Failing to make a proper lane change;

i)      Violating applicable, local, state, and federal laws and/or regulations; and

j)      Other acts so deemed negligent.

10.     Defendant Patrick was driving a vehicle owned by Defendant True Grit. At all times material hereto, Defendant Patrick, was operating the vehicle in the course and scope of his employment with Defendant True Grit. As such, Defendant True Grit, is vicariously liable for Defendant Patrick's negligent acts and omissions under the doctrine of *respondent superior*. Plaintiff further plead Defendant True Grit was negligent and/or negligent *per se* for one or more of the following reasons:

a.      Negligently entrusted a motor vehicle to an incompetent driver;

b.      Negligently hired and/or retained employees;

c.      Negligently trained and/or supervised employees;

d.      Failed to maintain the vehicle in a reasonably safe condition;

e.      Violated applicable, local, state and federal laws and/or regulations;

f.      Other acts so deemed negligent.

11.     As a result of these acts or omissions, Plaintiff claims all damages recognizable by law.

## Damages

12.     By virtue of the actions and conduct of the Defendants set forth above, Plaintiff is seriously injured and is entitled to recover the following damages:

a.   Past and future medical expenses;

3

    b.   Past and future pain, suffering and mental anguish;

    c.   Past and future physical impairment;

    d.   Past and future physical disfigurement;

    e.   Past lost wages and future loss of earning capacity.

13.    By reason of the above, Plaintiff is entitled to recover damages from the Defendants in an amount within the jurisdictional limits of this Court, as well as pre and post-judgment interest.

## Duty to Disclose

14.    Pursuant to 194, Tex. R. Civ. P. exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

## Initial Disclosures

15.    Pursuant to Rule 194, Tex. R. Civ. P., Defendant must, without awaiting a discovery request, provide information or materials described in Texas Rule of Civil Procedure 194.2 in Defendant's initial disclosure at or within 30 days after the filing of the first answer. Copies of documents and other tangible things must be served with Defendant's response.

## Rule 193.7 Notice

16.    Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## Prayer

Plaintiff prays that these citations issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severally, in a total sum in

excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/Kiernan McAlpine*
**Kiernan McAlpine**
Texas State Bar No. 24058519
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zorica Milivojevic on behalf of Kiernan McAlpine
Bar No. 24058519
zorica@daspitlaw.com
Envelope ID: 66168191
Status as of 7/11/2022 10:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| DLF Intake | | intake@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 7/9/2022 12:54:16 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 7/9/2022 12:54:16 PM | SENT |

**OFFICIAL RECEIPT**





**Polk County District Clerk's Office**
**101 W. Mill Suite 216**
**Livingston, Texas 77351**
**936-327-6814**

Payor
Ramey,Chandler,Quinn&Zito P.C.

Receipt No.
**2022-05418-DC**

Transaction Date
07/18/2022

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| Miscellaneous Fee Schedule | 15.00 |
| **SUBTOTAL** | **15.00** |
| **PAYMENT TOTAL** | **15.00** |

| | |
|---|---|
| Check (Ref #36058) Tendered | 15.00 |
| Total Tendered | **15.00** |
| Change | 0.00 |

Copies in CIV 22-0366

| 07/18/2022 | Cashier | Audit |
|---|---|---|
| 08:34 AM | Station COUNTERKW | 980686 |

**OFFICIAL RECEIPT**

THE STATE OF TEXAS                                              COUNTY OF POLK

CAUSE NO. **CIV22-0366**

**TO: CP AND C SERVICES INC., 443954 E 340 RD., VINITA, OK 74301**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. On the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| Court: | 411th District Court |
|---|---|
| Cause No.: | CIV22-0366 |
| Date of Filing: | 07/06/2022 |
| Document: | Plaintiff's First Amended Petition |
| Parties in Suit: | BERKLEY JACKSON ; True Grit Transportation, Inc.; Patrick Allen Mccormick ; Cp And C Services Inc. |
| Clerk: | Bobbye Christopher, District Clerk<br>101 W. Mill St., Suite 216, Livingston TX 77351 |
| Party or Party's Attorney: | Kiernan Mcalpine<br>Daspit Law Firm<br>440 Louisiana<br>Suite 1400<br>Houston TX 77002<br>713-223-4878 SBN: 24058519 |

Issued under my hand and seal of this said court on this the 11th day of July, 2022

Bobbye Christopher, District Clerk
Livingston, Polk County, Texas

BY: _Angela Ainsworth_ , Deputy
Angela Ainsworth

**Service Return**

Came to hand on the 19th day of July , 2022, at PM M., and executed on the 25th day of July , 2022, at P M by delivering to the within named Patrick McCormick, Authorized Agent for CP and C Services, Inc. in person a true copy of this citation, with attached copy(ies) of the Citation and Plaintiff's First Amedned Petition

[ ] Not executed. The diligence use in finding defendant being _____
[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ N/A | Sheriff/Constable |
|---|---|
| | County, Texas |
| | David Daniels |
| Service ID No. | ~~Deputy~~/Authorized Person |

**VERIFICATION**

On this day personally appeared _David Daniels_ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit and have been authorized by the Polk County Courts to serve process.

Subscribed and sworn to before me on this the 28 day of July , 20 22

_CWest_ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

C. WEST NOTARY # 06005777 EXP. 06/13/26 OF OKLA

CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| BERKLEY JACKSON | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | POLK COUNTY, T E X A S |
| | § | |
| | § | 411TH |
| PATRICK ALLEN MCCORMICK | § | |
| TRUE GRIT TRANSPORTATION, INC. | § | ~~281~~ST JUDICIAL DISTRICT |

## **DEFENDANT, PATRICK ALLEN MCCORMICK'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PATRICK ALLEN MCCORMICK, a Defendant in the above-entitled and numbered cause, and files its Original Answer, respectfully showing unto the Court as follows:

### **I.  GENERAL DENIAL**

As authorized by **TRCP 92**, PATRICK ALLEN MCCORMICK enters a general denial of all matters pled by Plaintiff and requests that the Court require Plaintiff, BERKLEY JACKSON, to prove his charges and allegations by a preponderance of the evidence that is required by the Constitution and laws of the State of Texas.

### **II.  JURY DEMAND**

For further answer, if such be necessary, pursuant to **TRCP 216**, PATRICK ALLEN MCCORMICK  hereby demands trial by jury.  Any due jury fee is attached.

WHEREFORE, PREMISES CONSIDERED, Defendant, PATRICK ALLEN MCCORMICK, prays that, upon final hearing hereof, Plaintiff not recover as prayed for in Plaintiff's Original Petition, and for such other and further relief, at law or in equity, as

Defendant, PATRICK ALLEN MCCORMICK, may show himself justly entitled to receive.

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

*/s/ John F. Elwood*
John F. Elwood
State Bar No.  06594600
750 Bering, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:  (713) 266-1064
Email:  jelwood@ramey-chandler.com
**(Do not use this e-mail for service of documents)**

**Designated E-Service Email Address**
The following is the designation of electronic service email address for the above attorney(s) for all electronically served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a): RCQZ-ESERVICE@RAMEY-CHANDLER.COM. This is the ONLY electronic service email address for the above attorney(s), and service through any other email address will be considered invalid.

**ATTORNEYS FOR DEFENDANT, PATRICK ALLEN MCCORMICK**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to all opposing counsel, in accordance with the rules, on the 13th day of July, 2022.

Kiernan McAlpine                                        *Via E-Service*
DASPIT LAW FIRM
440 Louisiana Street, Suite 1400
Houston, Texas 77002
*Attorney for Plaintiff*

*/s/ John F. Elwood*
John F. Elwood

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Diana Miranda on behalf of John Elwood
Bar No. 6594600
dmiranda@ramey-chandler.com
Envelope ID: 66286918
Status as of 7/14/2022 2:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 7/13/2022 2:59:20 PM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 7/13/2022 2:59:20 PM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 7/13/2022 2:59:20 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 7/13/2022 2:59:20 PM | SENT |

Associated Case Party: PATRICK ALLEN MCCORMICK

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John F.Elwood | | rcqz-eservice@ramey-chandler.com | 7/13/2022 2:59:20 PM | SENT |

## CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **411ᵀᴴ JUDICIAL DISTRICT** |

## PLAINTIFF'S NOTICE OF NON-SUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Berkley Jackson, in the above-styled and numbered cause, by and through his attorney of records and moves the Court for an Order dismissing Defendant True Grit Transportation, Inc., in this case and in support thereof shows that Plaintiff no longer desires to prosecute suit against this Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, requests that this Court enter an Order dismissing this suit against Defendant, True Grit Transportation, Inc. without prejudice, with attorneys' fees and court costs payable by the party who incurred the same.

[*Signature Block Continued On Next Page*]

Respectfully submitted,

*/s/ Kiernan McAlpine*
Kiernan McAlpine
ATTORNEY-IN-CHARGE
State Bar Number: 24058519
Fed. Bar Number: 1132611
DASPIT LAW FIRM, PLLC
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Phone: (713) 322-4878
Fax No.: (713) 587-9086
E-mail: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served on all parties and counsel of record in accordance with TEX. R. CIV. P. 21a.

Dated: July 28, 2022

**/s/ Kiernan McAlpine**
Kiernan McAlpine

CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **411TH JUDICIAL DISTRICT** |

**ORDER GRANTING PLAINTIFF'S NONSUIT WITHOUT PREJUDICE**

ON THIS DAY, came on to be heard Plaintiff, Berkley Jackson's Notice of Non-Suit Without Prejudice.  The Court is of the Opinion it should in all things be GRANTED.

It is, therefore, ORDERED that Plaintiff, Berkley Jackson's claims against True Grit Transportation, Inc., be DISMISSED WITHOUT PREJUDICE.  The parties shall bear their own attorneys' fees and costs.  Any such further relief not granted by this order is hereby denied.

Signed this _____ day of _____, 2022

_____
JUDGE PRESIDING



**BOBBYE CHRISTOPHER**
**POLK COUNTY DISTRICT CLERK**
**101 W. Mill Street, Suite 216, Livingston, TX 77351**
**Phone: (936) 327-6814   Fax: (936) 327-6851**

## NOTICE OF COURT ORDER
TRCP 306(a) &239(a)
Family Code 6.710

To:     John F. Elwood
        750 Bering
        Suite 600
        Houston TX  77057

**RE:** Cause No. CIV22-0366 in the 411th District Court of Polk County, Texas.

**Styled: BERKLEY JACKSON  vs. TRUE TRANSPORTATION, INC.**

YOU ARE HEREBY NOTIFIED that the document described below was filed with the Clerk of the District Court at 101 W. Mill Street, Suite 216, Polk County Judicial Center in Livingston, Texas and entered into the minutes of the court.

Document: **Order Granting Plaintiff's Nonsuit Without Prejudice**

Date Signed: 08/08/2022

Date Filed: 08/09/2022

Date Mailed: 8/9/2022

This order may be subject to appeal. If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment.  Find out more by visiting www.texaslawhelp.org/exempt-property. A copy of the order may be obtained from the clerk's office at the address above. Fees for copies are $1.00 per page.


BOBBYE CHRISTOPHER
Polk County District Clerk

Monice Goodson
Deputy Clerk

CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| **BERKLEY JACKSON** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **POLK COUNTY, TEXAS** |
| | § | |
| **PATRICK ALLEN MCCORMICK** | § | |
| **TRUE GRIT TRANSPORTATION, INC** | § | |
| | § | |
| *Defendant.* | § | **411TH JUDICIAL DISTRICT** |

## ORDER GRANTING PLAINTIFF'S NONSUIT WITHOUT PREJUDICE

ON THIS DAY, came on to be heard Plaintiff, Berkley Jackson's Notice of Non-Suit

Without Prejudice.  The Court is of the Opinion it should in all things be GRANTED.

It is, therefore, ORDERED that Plaintiff, Berkley Jackson's claims against True Grit

Transportation, Inc., be DISMISSED WITHOUT PREJUDICE.  The parties shall bear their own

attorneys' fees and costs.  Any such further relief not granted by this order is hereby denied.

Signed this _____ day of _____, 2022
                              8/8/2022

                                                          _____
                                                          JUDGE PRESIDING

Filed 8/9/2022 1:41 PM
Bobbye Christopher
District Clerk
Polk County, Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zorica Milivojevic on behalf of Kiernan McAlpine
Bar No. 24058519
zorica@daspitlaw.com
Envelope ID: 66801526
Status as of 8/9/2022 1:41 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| DLF Intake | | intake@daspitlaw.com | 7/29/2022 12:10:33 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 7/29/2022 12:10:33 PM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 7/29/2022 12:10:33 PM | SENT |
| Kiernan McAlpine | | kier@daspitlaw.com | 7/29/2022 12:10:33 PM | SENT |
| Zorica Milivojevic | | Zorica@daspitlaw.com | 7/29/2022 12:10:33 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 7/29/2022 12:10:33 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 7/29/2022 12:10:33 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zorica Milivojevic on behalf of Kiernan McAlpine
Bar No. 24058519
zorica@daspitlaw.com
Envelope ID: 66801526
Status as of 8/9/2022 1:41 PM CST
Associated Case Party: PATRICK ALLEN MCCORMICK

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John F.Elwood | | rcqz-eservice@ramey-chandler.com | 7/29/2022 12:10:33 PM | SENT |

CAUSE NO. CIV22-0366

| | | |
|---|---|---|
| BERKLEY JACKSON | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | POLK COUNTY, T E X A S |
| | § | |
| | § | |
| PATRICK ALLEN MCCORMICK | § | |
| TRUE GRIT TRANSPORTATION, INC. | § | 411th JUDICIAL DISTRICT |

**DEFENDANT, CP AND C SERVICES INC.'S,**
**ORIGINAL ANSWER AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CP AND C SERVICES INC., a Defendant in the above-entitled and numbered cause, and files its Original Answer and Jury Demand, respectfully showing unto the Court as follows:

**I.  GENERAL DENIAL**

As authorized by **TRCP 92**, CP AND C SERVICES INC. enters a general denial of all matters pled by Plaintiff and requests that the Court require Plaintiff, BERKLEY JACKSON, to prove her charges and allegations by a preponderance of the evidence that is required by the Constitution and laws of the State of Texas.

**II.  JURY DEMAND**

For further answer, if such be necessary, pursuant to **TRCP 216**, CP AND C SERVICES INC.  hereby demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant, CP AND C SERVICES INC., prays that, upon final hearing hereof, Plaintiff not recover as prayed for in Plaintiff's Petition, and for such other and further relief, at law or in equity, as Defendant, CP AND C SERVICES

INC., may show itself justly entitled to receive.

Respectfully submitted,

**RAMEY, CHANDLER, QUINN & ZITO, P.C.**

*/s/ John F. Elwood*_____
John F. Elwood
State Bar No.  06594600
750 Bering, Suite 600
Houston, Texas 77057
Telephone:  (713) 266-0074
Facsimile:  (713) 266-1064
Email:  jelwood@ramey-chandler.com
**(Do not use this e-mail for service of documents)**

**Designated E-Service Email Address**
The following is the designation of electronic service
email address for the above attorney(s) for all
electronically served documents and notices, filed and
unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21(a):
RCQZ-ESERVICE@RAMEY-CHANDLER.COM.
This is the ONLY electronic service email address for
the above attorney(s), and service through any other
email address will be considered invalid.

**ATTORNEYS FOR DEFENDANTS,**
**PATRICK ALLEN MCCORMICK AND**
**CP AND C SERVICES INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to all opposing
counsel, in accordance with the rules, on the 18th day of August, 2022.

Kiernan McAlpine                                                          *Via E-Service*
DASPIT LAW FIRM
440 Louisiana Street, Suite 1400
Houston, Texas 77002
*Attorney for Plaintiff*

*/s/ John F. Elwood*_____
John F. Elwood